08-2339 SBA

RECEIVED Clerk of court                                    6-5-08

08 JUN 10 PM 12:30

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

the documents you mailed me in regards
to goi Pro Personia to the instuiton trust office
5/15/08 today, 6-5-08 this is what they sent
me back to foward to the court

FILED

JUN 10 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

I hope this is correct

Jeffrey Kaye Hobbs
F-45725

```
REPORT ID: TS3030  .701                              REPORT DATE: 06/04/08
                                                     PAGE NO:          1
                       CALIFORNIA DEPARTMENT OF CORRECTIONS
                          SALINAS VALLEY STATE PRISON
                         INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: JAN. 01, 2005 THRU JUN. 04, 2008

  ACCOUNT NUMBER : F45725                  BED/CELL NUMBER: FCB6T1000000120W
  ACCOUNT NAME   : HOBBS, JEFFREY              ACCOUNT TYPE: I
  PRIVILEGE GROUP: A
                            TRUST ACCOUNT ACTIVITY

     << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                            TRUST ACCOUNT SUMMARY
```

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 0.00 |

|  California<br>Department of Corrections<br>Salinas Valley State Prison<br>OPERATIONAL<br>PROCEDURE<br>＃2 | TITLE:<br>Inmate Mail Process |
|---|---|
| | DEVELOPED:<br>March 1996 |
| | REVISED:<br>August 2004 |

**IN FORMA PAUPERIS**

Requests for In Forma Pauperis certifications must be submitted for processing to the Trust Office.

Paperwork must be complete prior to submitting the request to ensure that all documents are mailed to the Courts at the same time to prevent separation and comply with the time constraints of the Courts for filing.

After all forms are signed, copies must be made prior to forwarding to the Trust Office, as the papers cannot be returned after they are completed for mailing. Do not fill in any information on the Trust Account Certification portion of the documents. It must be left blank and the Trust Office will complete that portion prior to certification.

Prepare two envelopes-one larger than the other-and address both envelopes. Only the larger of the two envelopes needs to be stamped with postage as one will go inside the other. Place all of the completed paperwork, except the In Forma Pauperis in the first envelope and have a staff member process and seal the package as legal mail.

Send the legal mail package, the second envelope, and any Trust Withdrawal Orders you may need with the In Forma Pauperis request to the Trust Office for completion and mailing. The Trust Office will complete the necessary forms, insert them into the second envelope with the first (sealed) envelope and forward the completed package to the mailroom.

Copies of the completed documents cannot be returned to the inmate, however, a copy is kept in the Trust Office. A log will be maintained with the following information: date the packet is received in the Trust Office, date forms were completed and mailed, and the Court to which it was sent.



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

SAN JOSE CA 99

06 JUN 2008 PM 5 T

Salinas Valley State Prison
House F-45725
C-6-120-L
PO Box 1050
Soledad, Ca.
93960-1050

# BUSINESS REPLY MAIL

FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

STATE PRISON
GENERATED MAIL