```
                                             FILED
                                           JUN 30 2008
                                         RICHARD W. WIEKING
                                      CLERK, U.S. DISTRICT COURT
                                     NORTHERN DISTRICT OF CALIFORNIA
                                              OAKLAND
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

~~Northern District of Cal~~
Jeffrey Kaye Hobbs Plaintiff,

vs.

State of Calif.
Defendant.

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS **SBA**

**(PR)**

I, Jeff Hobbs, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: —Ø—  Net: —Ø—

Employer: —Ø—

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____
5  _____0̸_____
6  _____
7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9     a.   Business, Profession or                    Yes ___ No _0̸_
10         self employment
11    b.   Income from stocks, bonds,                 Yes ___ No _0̸_
12         or royalties?
13    c.   Rent payments?                             Yes ___ No _0̸_
14    d.   Pensions, annuities, or                    Yes ___ No _0̸_
15         life insurance payments?
16    e.   Federal or State welfare payments,         Yes _✓_ No ___
17         Social Security or other govern-
18         ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____S ST_____900⁰⁰ month_____
22  _____
23  3.   Are you married?                             Yes ___ No _X_
24  Spouse's Full Name: ___X_____
25  Spouse's Place of Employment: ___X_____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $___X_____ Net $__X_____
28  4.   a.   List amount you contribute to your spouse's support:$ _X_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS        - 2 -

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____X_____

_____X_____

5. Do you own or are you buying a home?      Yes ___ No _X_

Estimated Market Value: $___X___   Amount of Mortgage: $___X___

6. Do you own an automobile?       Yes ___ No ___

Make ___X___  Year ___X___  Model ___X___

Is it financed? Yes _X_ No ___ If so, Total due: $ _X_

Monthly Payment: $ ___X___

7. Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)

Name(s) and address(es) of bank: ___X_____

_____

Present balance(s): $ ___X___

Do you own any cash? Yes ___ No _X_ Amount: $ _X_

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No _X_

_____

8. What are your monthly expenses?

Rent: $ _X_____  Utilities: _X_____

Food: $ _X_____  Clothing: _X_____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| 0 | $ 0 | $ 0 |
| | $ | $ |
| | $ | $ |

1  9.   Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _____ -0- _____
4  _____

5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?  Yes ___  No _O_
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____ -0- _____
10 _____

11        I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13        I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

15
16   5-20-08                    Jeffrey Kaye Howe
17   DATE                       SIGNATURE OF APPLICANT

Case Number: __CV 08 2339__

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____ for the last six months
[prisoner name]
_____ where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated:_____                    _____
                                    [Authorized officer of the institution]

Salinas Valley State Prison
Jeff Hobbs F-45725
C-6-120-L
P.O. Box 1050
Soledad, Ca
93960-1050

Legal Mail

STATE PRISON
GENERATED

Office of The Clerk
U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California
94102