1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  DONNA M. PROVENZANO, State Bar No. 215302
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone:  (415) 703-1303
     Fax:  (415) 703-1234
8    Email:  Donna.Provenzano@doj.ca.gov

9  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **JEFFREY KAYE HOBBS,** | C 08-02339 SBA (PR) |
| Petitioner, | **ORDER GRANTING ENLARGEMENT OF TIME** |
| v. | |
| **STATE OF CALIFORNIA,** | |
| Respondent. | |

The Court finds that good cause appears for an extension of time.  Respondent's response to the Order to Show Cause is due on March 3, 2009.  Petitioner's response is due 30 days from that date.

IT IS SO ORDERED.

DATED:    12/18/08                              _____
                                                                    SAUNDRA BROWN ARMSTRONG
United States District Judge

[Proposed] Order Granting Enlarg. Of Time To File Response          *Hobbs v. California* - C 08-02339 SBA (PR)

1  UNITED STATES DISTRICT COURT
   FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA

3

4  JEFFREY K. HOBBS,                    Case Number: CV08-02339 SBA

       Plaintiff,
5                                        **CERTIFICATE OF SERVICE**

6  v.

   STATE OF CA et al,
7
       Defendant.
8  _____/

9
   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
10 Court, Northern District of California.

11 That on December 22, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said
   copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
12 envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
   located in the Clerk's office.

13

14

15
   Jeffrey Kaye Hobbs F45725
16 Salinas Valley State Prison
   P.O. Box 1050
17 Soledad, CA 93960

18 Dated: December 22, 2008
                                Richard W. Wieking, Clerk
19                              By: LISA R CLARK, Deputy Clerk
   20166231.wpd/SF2008200740
20

21

22

23

24

25

26

27

28

[Proposed] Order Granting Enlarg. Of Time To File Response    *Hobbs v. California* - C 08-02339 SBA (PR)

2