IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY K. HOBBS,<br><br>　　　Petitioner,<br><br>　v.<br><br>M. S. EVANS, Warden, et al.,<br><br>　　　Respondents.　　　　　　　　　／ | No. C 08-02339 SBA (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME FOR PETITIONER TO FILE TRAVERSE** |

Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus. The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse within thirty days after the answer was filed. Respondent has filed an answer. Petitioner has not filed a traverse.

Accordingly, the Court on its own motion GRANTS Petitioner an extension of time to file a traverse. Petitioner shall file a traverse within **thirty (30) days** from the date of this Order.

IT IS SO ORDERED.

DATED: 6/19/09

　　　　　　　　　　　　　　　　　　　*Saundra B Armstrong*
　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

P:\PRO-SE\SBA\HC.08\Hobbs2339.EOT-Trav.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JEFFREY K. HOBBS,

        Plaintiff,

  v.

STATE OF CA et al,

        Defendant.

Case Number: CV08-02339 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 22, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeffrey Kaye Hobbs F45725
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

Dated: June 22, 2009

                Richard W. Wieking, Clerk
                By: LISA R CLARK, Deputy Clerk