IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY K. HOBBS,<br><br>    Petitioner,<br><br>  v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Respondents._____/ | No. C 08-02339 SBA (PR)<br><br>**ORDER GRANTING REQUEST FOR SECOND EXTENSION OF TIME FOR PETITIONER TO FILE TRAVERSE** |

Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus. The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse. Respondent has filed an answer. Petitioner now moves for a second extension of time to file a traverse. Good cause appearing, the request is GRANTED. Petitioner shall file a traverse no later than **thirty (30) days** from the date of this Order.

This Order terminates Docket no. 15.

IT IS SO ORDERED.

DATED: 9/4/09

_____
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

P:\PRO-SE\SBA\HC.08\Hobbs2339.2dEOT-Trav.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JEFFREY K. HOBBS,

        Plaintiff,

  v.

STATE OF CA et al,

        Defendant.

Case Number: CV08-02339 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 9, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeffrey Kaye Hobbs F45725
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

Dated: September 9, 2009

                          Richard W. Wieking, Clerk
                          By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\HC.08\Hobbs2339.2dEOT-Trav.wpd         2