IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **JEFFREY KAYE HOBBS,**<br><br>Petitioner,<br><br>v.<br><br>**M.S. EVANS, Warden, et al.,**<br><br>Respondents. | Case No. C 08-02339 SBA (PR)<br><br>**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS AS MOOT ON DEATH OF PETITIONER** |

Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus. Because the record shows that petitioner has died during the pendency of this habeas corpus proceeding, the petition for writ of habeas corpus is dismissed as moot.

IT IS SO ORDERED.

Dated: 10/7/09

_____
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

[Proposed] Order (C 08-02339 SBA (PR))